IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER WADE BLAKE | § | |
| VS. | § | CIVIL ACTION NO. 9:17cv184 |
| BILLY D. THOMPSON, ET AL. | § | |

## ORDER ADOPTING THE MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Christopher Wade Blake, an inmate formerly at the Lewis Unit, proceeding *pro se*, brought the above-styled lawsuit pursuant to 42 U.S.C. § 1983.

The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge entered a Report (docket entry no. 32) recommending that plaintiff's motion for preliminary injunction (docket entry no. 5) and motion for temporary restraining order (docket entry no. 10) should be denied.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

## O R D E R

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED**. It is therefore

**ORDERED** that plaintiff's motions for injunctive relief are **DENIED**.

**So Ordered and Signed**

**Sep 23, 2018**

_____
Ron Clark, Senior District Judge