IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER WADE BLAKE | § | |
| VS. | § | CIVIL ACTION NO. 9:17cv184 |
| BILLY D. THOMPSON, ET AL. | § | |

ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Christopher Wade Blake, an inmate at the Ferguson Unit, proceeding *pro se*, brought the above-styled lawsuit pursuant to 42 U.S.C. § 1983.

The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends that defendant Billy D. Thompson's motion to dismiss (docket entry no. 20) be granted.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

O R D E R

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge (docket entry no. 43) is **ADOPTED**. It is therefore

**ORDERED** that plaintiff's claims against defendant Billy D. Thompson are **DISMISSED** with prejudice.

So **ORDERED** and **SIGNED** March 19, 2019.

_____
Ron Clark, Senior District Judge