IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

CHRISTOPHER WADE BLAKE             §

VS.                                §             CIVIL ACTION NO. 9:17cv184

BILLY D. THOMPSON, ET AL.          §

## MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Christopher Wade Blake, an inmate at the Ferguson Unit, proceeding *pro se*, brought this civil rights suit pursuant to 42 U.S.C. § 1983.

The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends granting the defendants' motion for summary judgment.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

## O R D E R

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**.  It is

**ORDERED** that the defendants' motion for summary judgment is **GRANTED**.  A final

judgment will be entered in this case in accordance with the magistrate judge's recommendations.

**SIGNED** this the 7  day of **February, 2022.**


_____
Thad Heartfield
United States District Judge